

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Gilbert Reyes Morelos,                    * From the 50th District Court
                                           Of Knox County,
                                           Trial Court No. 3962.

Vs. No. 11-15-00076-CR                * April 23, 2015

The State of Texas,                        * Per Curiam Memorandum Opinion
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.